IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| WILLIE E. HARPER, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO.: CV605-076 |
| Lt. BYRD; Officer REGISTER, and JOHN DOE, | |
| Defendants. | |

### ORDER

Plaintiff is directed to identify Defendant John Doe and perfect service of the complaint and summons upon said Defendant within thirty (30) days of the date of this Order. Plaintiff's failure to comply with this Order may result in the dismissal of Plaintiff's claims against Defendant John Doe, without prejudice.

**SO ORDERED**, this 1st day of September, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)