IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WILLIE E. HARPER,

    Plaintiff,

vs.

Lt. BYRD; Officer REGISTER,
and JOHN DOE,

    Defendants.

CIVIL ACTION NO.: CV605-076

## ORDER

Plaintiff filed the captioned action on July 27, 2005. Defendant Register has not been served with the summons or complaint as required and more than 120 days has elapsed since the filing of the complaint. Plaintiff is hereby allowed a period of fifteen (15) days from the date of this Order to show good cause why service was not made upon Defendant Register within said 120 days. Plaintiff's failure to establish such good cause will result in the dismissal of the claims against Defendant Register, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED**, this 1st day of September, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)